UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARVEY R. JOHNSON,

              Petitioner,

-vs-                                                  Case No.  6:05-cv-198-Orl-31KRS
                                                  (Criminal Case No.:  6:02-cr-88-Orl-31KRS)

UNITED STATES OF AMERICA,

              Respondent.
_____

**ORDER**

This case is before the Court on the following motions:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 19)** |
| **FILED:** | December 15, 2005 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).  Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $255.00 appellate filing fee.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).

> **MOTION:** **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 16)**
>
> **FILED:** December 15, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

> **MOTION:** **PETITIONER'S MOTION TO TAKE JUDICIAL NOTICE (Doc. No. 18)**
>
> **FILED:** December 15, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 20th day of December, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 12/20
Counsel of Record
Harvey R. Johnson