UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARVEY R. JOHNSON,

    Petitioner,

v.                                                     CASE NO. 6:05-cv-198-Orl-31KRS
                                                         (6:02-cr-88-Orl-31KRS)

UNITED STATES OF AMERICA, et al.,

    Respondent.

## **ORDER**

This case is before the Court on the following motion:

    **MOTION**:   Petitioner's Motion to Supplement Citation (Doc. No. 33, filed July 24, 2007).

This case was dismissed with prejudice on November 10, 2005 (Doc. Nos. 14 &15). On March 7, 2006, the Eleventh Circuit Court of Appeals denied Petitioner's request for a certificate of appealability, and then denied his motion for reconsideration. (Doc. Nos. 21 & 22). On May 29, 2007, Petitioner filed a motion pursuant to Rule 60(b)(6) of the Rules of Civil Procedure, (Doc. No. 24), and a Motion for Recusal (Doc. 23). This Court denied both motions in an Order dated June 8, 2007. (Doc. No. 25). On July 19, 2007, the Eleventh Circuit dismissed Petitioner's appeal of the June 8, 2007 Order. (Doc. No. 30).

Thereon it is **ORDERED** that Petitioner's Motion to Supplement Citation (Doc. No. 33) is **STRICKEN** and shall be returned to Petitioner by the Clerk of the Court.

**DONE AND ORDERED** at Orlando, Florida this <u>31st</u> day of July, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 7/31
Harvey R. Johnson
Counsel of Record